UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
In re:                                                                            Case No.19-72242-REG
    THOMAS MAFFETONE,                                      Chapter  7

         Debtor.
--------------------------------------------------------------------X

## AUCTIONEER'S REPORT OF COMMISSION AND EXPENSES FOR THE SALE OF THE REAL PROPERTY LOCATED AT 913 SOUTH SHORE ROAD, RIVERHEAD, NEW YORK 11901

By Public Auction Sale conducted on May 21, 2020, full amount realized for the real property
located at 913 South Shore Road, Riverhead, New York 11901 ....................................................................$475,000.00

Auctioneer's Commission pursuant to their order of retention
for the United States Bankruptcy Court, Eastern District of New York .......................................... $17,000.00

Miller Advertising for the proportionate share of the advertisement published in the
New York Times on July 19, 2020.................................................................................... $167.37

Miller Advertising for the proportionate share of the advertisement published in the
New York Daily News on July 12, 2020........................................................................... $70.60

Miller Advertising for the proportionate share of the advertisement published in the
New York Post on July 9, 2020 ...................................................................................... $68.67

Miller Advertising for the proportionate share of the advertisement published in the
Jewish Press on July 10, 2020........................................................................................ $39.00

Miller Advertising for the proportionate share of the advertisement published in
Jewish Week on July 10, 2020........................................................................................ $30.00

Miller Advertising for the advertisement published in the Epoch Times on July 10, 2020............. $47.00

Advertisement published in the Long Island Business News on July 3 and 10, 2020
[(2) @ $30.00 each]......................................................................................................... $60.00

Proportionate share of advertisement in the New York Real Estate Journal on May 19, 2020.........N.C.

Proportionate share of advertisement in The Real Deal April, 2020 issue .......................................N.C.

Auction signage posted on the Property [(2) 2' x 2' arrows @ $6.61 each and
(2) 2' x 2" sign @ $32.80]................................................................................................ $78.82

JumpEdit for professional photography, floor plans and virtual tour of the Property.................. $260.00

Indexx for the proportionate share of printing and mailing of 4,995 full-color
multi-auction postcards via USPS first class mail........................................................................ $756.13

Facebook® for highly targeted social media marketing ............................................................. $420.04

General search engine marketing on Google.com.........................................................................N.C.

General social media marketing to Maltz's 30,000+ Facebook® fans and Twitter® followers ...........N.C.

Labor to compile and prepare due diligence materials and marketing materials for print
and internet adverting, implement the marketing campaign, prepare and post auction
specific web page, post auction signage on 2 separate occasions, answer calls and
emails, scheduled showing with 35 prospective bidders on July 17 and 24, 2020,
and prepare Re port of Sale ............................................................................................. $1,862.25

A dedicated webpage for the Property was prepared and posted on Applicant's website www.MaltzAuctions.com which received 19,093 unique views prior to the public auction sale ........N.C.

Posting the auction on Maltz's online bidding platform and running a simulcast auction with live and online bidding ...........................................................................................................N.C.

Weekly e-mail notification to 45,000+ subscribers of the Maltz email broadcasts ............................N.C

Total Expenses.................................................................................................................. $3,859.88

Total Commission and Expenses ..................................................................................... $20,859.88

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                            Case No.19-72242-REG
      THOMAS MAFFETONE,                                          Chapter  7

           Debtor.
-----------------------------------------------------------------X

### REPORT OF PUBLIC AUCTION SALE

1.     In accordance with Local Bankruptcy Rule 6004-1(f) ("Local Rule"). Maltz Auctions, Inc., ("Maltz") submits this report of the public auction sale of the Debtor's real property located at 913 South Shore Road, Riverhead, New York 11901 (the "Property").

2.     The sale of the Property was originally scheduled for May 21, 2020.  The auction was postponed and in the hopes of creating a viable atmosphere to conduct a public auction was rescheduled to June 18, 2020. Subsequently the June 18, 2020 auction date was postponed to July 30, 2020.

3.     On July 30, 2020 at approximately 12:30 p.m., Maltz conducted a public auction sale of the Property in accordance with the Order entered on December 18, 2019 [Doc. No. 35] approving the auction sale by Maltz as auctioneer for the Trustee. Maltz conducted the public auction sale of the Property with preregistered bidders online and bidders participating live in the Auctioneer's gallery located at 39 Windsor Place, Central Islip, New York 11722.  *Local Rule 6004-1(f)(1)*.

4.     The gross dollar amount of the sale of the Property was $475,000.00.  *Local Rule 6004-1(f)(2)*.

5.     The Property consisted of a single-family home located in Riverhead, New York.  *Local Rule 6004-1(f)(3)*.

6.     Maltz seeks a commission of $17,000.00 plus reimbursement of expenses in the amount of $3,260.58 in connection with the sale of the Property.

7.     Maltz has a blanket insurance policy covering all sales conducted by Maltz. In connection with the sale of the Property, Maltz is not seeking reimbursement from the Debtor's estate. *Local Rule 6004-1(f)(5)*.

8.     No articles were withdrawn from the auction sale. *Local Rule 6004-1(f)(6)*.

9.     The successful bidder for the Property is Joseph Pace, whose address is 31 Circle Drive, Manhasset, New York 11030. *Local Rule 6004-1(f)(7)*.

10.    There were 17 registered bidders and said bidders were required to complete a bidder registration and provide the proper deposit in order to qualify to bid.  *Local Rule 6004-1(f)(8)*.

11.    There were no items for which there were no bids at the auction sale. *Local Rule 6004-1 (f)(9)*.

12.    The registered bidders executed Terms and Conditions of Sale prior to bidding on the Property. Copies of the Terms and Conditions of Sale executed by the successful bidder were annexed. *Local Rule 6004-1(f)(10)*.

13.    Maltz advertised the auction sale of the Property by: posting auction signage on the Property and surrounding roads; causing print ads to be published in The New York Times, New York Daily News, New York Post, Jewish Press, Jewish Week, Epoch Times, New York Real Estate Journal, The Real Deal; mailing full color multi-auction postcards to 4,995 recipients; internet marketing on The Real Deal; telemarketing campaigns, utilizing general search engine marketing Google, and highly targeted social media marketing on Facebook® and general social media marketing on Facebook® and Twitter®,. *Local Rule 6004-1(f)(11)*.

14.    A listing of the Property was posted on the Applicant's website prior to the sale. The Property was open for viewing by interested parties on July 17 and 24, 2020. *Local Rule 6004-1(f)(12)*.

Dated:   August 14, 2020

Central Islip, New York

By: _____
Richard B. Maltz, Chief Executive Officer
Maltz Auctions, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                    Case No.19-72242-REG

     THOMAS MAFFETONE,                          Chapter   7


             Debtor.
------------------------------------------------------------------X

### AFFIDAVIT TO ACCOMPANY REPORT OF PUBLIC AUCTION SALE

STATE OF NEW YORK   )
                 ) ss.:
COUNTY OF SUFFOLK   )

RICHARD B. MALTZ, being duly sworn deposes and says:

1.     I am the Chief Executive Officer of Maltz Auctions, Inc. ("Maltz"). I submit this affidavit, pursuant to Local Bankruptcy Rule 6004-1(g) ("Local Rule"), in connection with Maltz's report of sale (the "Report") of the public auction sale of the Debtor's real property located at 913 South Shore Road, Riverhead, New York 11901 (the "Property").

2.     I make this affidavit of my personal knowledge based upon the handling of the public auction sale of the Property by Maltz. I personally managed the auction sale process and have the most familiarity with the same.

3.     I am a licensed auctioneer and real estate broker in the State of New York. My DCA # is 1240836.

4.     Maltz has a place of business at 39 Windsor Place, Central Islip, New York 11722.

5.     Maltz conducted the auction sale of the Property in accordance with the Order entered December 18, 2019, approving the employment of Maltz as the Trustee's auctioneer.

6.     The public auction sale of the Property was conducted by Maltz on July 30, 2020 at approximately 12:30 p.m., with online preregistered bidders and with registered bidders in the Auctioneer's gallery located at 39 Windsor Place, Central Islip, New York 11722.

7.     All monies collected by Maltz in connection with the sale of the Property were remitted to the Trustee.

8.     I declare under penalty of perjury that the foregoing is true and correct.


                            Richard B. Maltz
                            Chief Executive Officer of Maltz Auctions, Inc.

Sworn to before me this
14th day of August, 2020

Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

**THOMAS MAFFETONE**
**Case No. 19-72242-REG**

<u>COMPUTATION OF AUCTIONEER'S COMMISSION PURSUANT TO RETENTION ORDER</u>

Gross Sale Proceeds of the Public Auction Sale conducted on May 21, 2020 for the
real property located at 913 South Shore Road, Riverhead, New York 11901..............................................$475,000.00

10% of the first $50,000.00 of the gross sale proceeds .............................................................$5,000.00
8% of the next $25,000.00 of the gross sale proceeds (8% of $25,000.00) ...............................$2,000.00
6% of the next $25,000.00 of the gross sale proceeds (6% of $25,000.00) ...............................$1,500.00
4% of the next $50,000.00 of the gross sale proceeds (4% of $50,000.00) ...............................$2,000.00
2% of the remaining gross sale proceeds over $150,000.00 (2% of $325,000.00) ....................$6,500.00

Auctioneer's Commission.........................................................................................................$17,000.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:                                                    Chapter 7
                                                          Case No.: 8-19-72242-reg
THOMAS MAFFETONE,

                                          Debtor.
--------------------------------------------------------------X

### ORDER APPROVING DEBTOR'S RETENTION OF AUCTIONEER

      **UPON** the application (the "Application"), dated December 3, 2019, of Robert L.

Pryor Esq. ("Trustee"), the chapter 7 trustee of the bankruptcy estate ("Estate") of Thomas

Maffetone (the "Debtor"), by his attorneys, Pryor & Mandelup, L.L.P., seeking authority to employ

Maltz Auctions, Inc. as auctioneer ("Auctioneer") for the sale of the real property located at 913

Sound Shore Road, Jamesport, New York; upon the Affidavit of Richard B. Maltz, President of

Maltz Auctions, Inc. (the "Affidavit") in support of the Application; and the Court being satisfied,

based upon the representations contained in the Application and the Affidavit, that the Auctioneer

does not hold or represent any interest adverse to Debtor's bankruptcy estate, and is a disinterested

person within the meaning of 11 U.S.C.§101(14); and no notice of the Application being required

under Bankruptcy Rule 2014(a), it is hereby

      **ORDERED,** that under 11 U.S.C. §327 (a) and E.D.N.Y. LBR 6005-1(a), the

Trustee is authorized to employ Maltz Auctions, Inc. as auctioneer for the purpose of conducting a

public auction sale of the real property located at 913 Sound Shore Road, Jamesport, New York;

and it is further

**ORDERED**, that all fees and reimbursements of expenses to the Auctioneer shall be subject to proper application and order of this Court pursuant to E.D.N.Y. LBR 6005-1 (b).

NO OBJECTION

By: */S/ Stan Y. Yang  12/16/2019*

Office of the United States Trustee



Dated: **Central Islip, New York**
      **December 18, 2019**

**Robert E. Grossman**
**United States Bankruptcy Judge**

## MEMORANDUM OF SALE

The undersigned has this 30th day of July, 2020 agreed to purchase the real property located at 913 Sound Shore Road,

Jamesport, New York a/k/a District: 0600; Section: 008.00; Block: 02.00; Lot: 008.000 (the "Property"), of Robert L. Pryor, Esq. as

Chapter 7 Trustee for the Estate of Thomas Maffetone, Case number 19-72242-REG, and Michel Maffetone, for the sum of

$ _475,000_____ DOLLARS and hereby promise and agree to comply with the

terms and conditions of the sale of said property, as set forth in the annexed Terms of Sale.

_____
PURCHASER (Signature)

_JOSEPH PACE_
PRINT NAME OF PURCHASER

_31 CIRCLE DR_
ADDRESS

_MANHASSET, NY 11030_
ADDRESS

_516-582-2107_
TELEPHONE NUMBER

_JPACE1959@gmail.com_
EMAIL

_____
PURCHASER (Signature)

_____
PRINT NAME OF PURCHASER

_____
ADDRESS

_____
ADDRESS

_____
TELEPHONE NUMBER

_____
EMAIL

Received from _JOSEPH PACE_____ the sum of $30,000.00 DOLLARS, as a non-refundable
deposit for the purchase of the Property pursuant to the Terms of Sale.

Robert L. Pryor, Esq., Chapter 7 Trustee
Pryor & Mandelup LLP, Attorneys for the Chapter 7 Trustee
675 Old Country Road
Westbury, NY 11590
(516) 997-0999

This is to verify that the successful bid in the above sale was for the sum of $ _475,000_____ .

_____
RICHARD B. MALTZ, AUCTIONEER DCA # 1240836

### ATTORNEY INFORMATION

Name _____

Address _____

Phone _____

Email _____

148127                                                    4

## TERMS AND CONDITIONS OF SALE

1.    These Terms and Conditions of Sale are promulgated in connection with the public auction sale (the "Auction Sale") of certain real property located at 913 Sound Shore Road, Jamesport, New York a/k/a District: 0600; Section: 008.00; Block: 02.00; Lot: 008.000 (the "Property").

2.    The Auction Sale will be held at Maltz Auction Gallery, 39 Windsor Place, Central Islip, NY 11722, on July 30, 2020. at 12:30 pm. (the "Sale Date"). Registration commences at 12:00 noon.

3.    The Seller of the Property is Robert L. Pryor, Esq. (the "Trustee"), as the Chapter 7 Trustee of the bankruptcy estate (the "Estate") of Thomas Maffetone (the "Debtor"), a Chapter 7 case pending in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"), Case No. 19-72242-REG. The sale is conducted pursuant to Bankruptcy Code section 363(b) and (f).

4.    In order to be permitted to bid on the Property, prior to the commencement of the Auction Sale, each prospective bidder must deliver to the Trustee a certified check or bank check in the amount of Thirty Thousand Dollars ($30,000.00) (the "Qualifying Deposit") payable to Robert L. Pryor, Esq. Chapter 7 Trustee, which amount shall serve as a partial good faith deposit against payment of the purchase price ("Purchase Price") by such competing bidder as the Trustee determines to have made the highest or best bid for the Property (the "Successful Bidder"). Within 48 hours after conclusion of the Auction Sale, the Successful Bidder shall deliver to the Trustee by certified check or bank check an amount equal to 10% of its successful bid minus the Qualifying Deposit (together with the Qualifying Deposit, the "Deposit"). The Successful Bidder must execute, and thereby agree to be bound by (i) these Terms and Conditions of Sale, and (ii) a Memorandum of Sale. At the conclusion of the Auction Sale, the Trustee or his representative will return the Qualifying Deposits to all other bidders.

5.    The Successful Bidder must pay the balance of the Purchase Price for the Property (the difference between the amount of the successful bid and the Deposit) to the Trustee, by certified check, bank check, federal funds or wire transfer at the closing of title to the Property (the "Closing"). The Successful Bidder must close title to the Property at a date that is no more than forty five (45) days after the conclusion of the Auction Sale, **TIME BEING OF THE ESSENCE** as to the purchaser, although such date may be extended solely with the Trustee's express written consent. The Closing shall take place on a date to be determined by the Trustee (the "Closing Date") and will be held at the offices of the attorneys for the Trustee, Pryor & Mandelup LLP, 675 Old Country Road, Westbury, New York, 11590 ("P&M").

6.    The Trustee, in his sole discretion, may seek from the Bankruptcy Court an Order confirming the results of the Auction Sale prior to closing, however such an Order is not required.

7.    The Successful Bidder shall pay any Suffolk County, New York State, or other real property transfer taxes incurred by the transfer of the Property to the Successful Bidder by the Estate at the Closing. Purchaser acknowledges that they will be responsible for the completion of any ACRIS form, if required. In connection with the Closing and Closing Date, the Successful Bidder is hereby given notice that **Time is of the Essence Against the Successful Bidder and the failure of the Successful Bidder to close for any reason whatsoever (except as otherwise provided below) including its failure to pay the balance of the Purchase Price on the Closing Date, will result in the Trustee retaining the deposit as liquidating damages and the termination of the Successful Bidder's right to acquire the Property under these Terms and Conditions of Sale.** The Successful Bidder shall be obligated to close title to the Property and there is no contingency of any kind or nature, including a mortgage contingency, permitting the Successful Bidder to cancel or avoid its obligation under these Terms and Conditions of Sale other than the Trustee's inability to deliver insurable title to the Property. Further, the Successful Bidder shall have demonstrated, to the sole satisfaction of the Trustee or the Court, as the case may be, evidence of its ability to conclude the transaction upon these Terms and Conditions of Sale, without delay. The Trustee reserves the right to reject any offeror, who in the sole discretion of the Trustee, the Trustee believes is not financially capable of consummating the purchase of the Property. **Expenses incurred by the Successful Bidder, or any competing bidder concerning any due diligence, such as obtaining title reports or environmental inspections, shall be the sole responsibility of such bidder, and under no circumstances shall the Trustee or the Estate or the Trustee's professionals be responsible for, or pay, such expenses.**

8.    In the event that the Successful Bidder for the Property fails to tender the payment of the balance of the Purchase Price on the Closing Date, or otherwise perform any of its obligations under these Terms and Conditions of Sale, the Trustee, at his sole option, shall be authorized to sell the Property to the Second Highest Bidder without any further notice without giving credit for the Deposit forfeited by the Successful Bidder, and upon such other terms and conditions as the Trustee deems appropriate. Should the Second Highest Bidder fail to close on the Property, within such time as the parties may agree but not to exceed thirty (30) days after notice from the Trustee to the Second Highest Bidder, the Trustee shall be authorized to sell the Property to the next highest or best bidder, without the necessity of any further notice or order of the Court. All bidders will be bound by these Terms and Conditions of Sale, including, without limitation, those terms set forth in paragraphs 5, 6, 7, 8, 9, and 10 hereof.

9.    The Trustee or the Trustee's professionals have not made and do not make any representations as to the physical condition, rents, leases, expenses, operations, value of the land or buildings thereon, or any other matter or thing affecting or related to the Property or this Auction Sale, which might be pertinent to the purchase of the Property, including, without limitation, (i) the current or future real estate tax liability, assessment or valuation of the Property; (ii) the potential qualification of the Property for any and all benefits conferred by or available under federal, state or municipal laws, whether for subsidies, special real estate tax treatment, insurance, mortgages, or any other benefits, whether similar or dissimilar to those enumerated; (iii) the compliance or non-compliance of the Property, in its current or any future state, with applicable present or future zoning ordinances or other land use law or regulation, or the ability to obtain a change in the zoning or use, or a variance in respect to the Property; (iv) the availability of any financing for the purchase, alteration, rehabilitation or operation of the

Property from any source, including, but not limited to, any state, city or federal government or institutional lender; (v) the current or future use of the Property; (vi) the present and future condition and operating state of any and all machinery or equipment on the Property, if any, and the present or future structural and physical condition of any building thereon or its suitability for rehabilitation or renovation; (vii) the ownership or state of title of any personal property on the Property; (viii) the presence or absence of any laws, ordinances, rules or regulations issued by any governmental authority, agency or board and any violations thereof; (ix) any present or future issues concerning subdivision or non-subdivision of the Property; or (x) the compliance or non-compliance with environmental laws and the presence or absence of underground fuel storage tanks, any asbestos or other hazardous materials anywhere on the Property.  Each bidder hereby expressly agrees and acknowledges that no such representations have been made. The Trustee is not liable or bound in any manner by expressed or implied warranties, guaranties, promises, statements, representations or information pertaining to the Property, made or furnished by the Trustee or any real estate broker, agent, employee, servant or other person or professional representing or purporting to represent the Trustee unless such warranties, guaranties, promises, statements, representations or information are expressly and specifically set forth in writing by the Trustee.  **Property shall be delivered vacant at closing.**

10.    The Property is being sold "AS IS" "WHERE IS", "WITH ALL FAULTS", without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, and free and clear of any and all liens, judgments or mortgages, or adverse claims to title, of whatever kind or nature, such liens, if any, to attach to the proceeds of sale in such order and priority as they existed immediately prior to the Closing Date, and subject to, among other things (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; (e) all leases and occupancies, if any, as may exist or encumber the Property or any portion(s) thereof; and (f) environmental conditions. By delivering their respective Qualifying Deposits, all bidders acknowledge that they have had the opportunity to review and inspect the Property, the state of title thereof and laws, rules and regulations applicable thereto, and the form of the Trustee's Deed that the Trustee will execute to convey the Property, and will rely solely thereon and on their own independent investigations and inspections of the Property in making their bids.  Neither the Trustee nor any of his representatives make any representations or warrantees with respect to the permissible uses of the Property, including, but not limited to, the zoning of the Property. All bidders acknowledge that they have conducted their own due diligence in connection with the Property, and are not relying on any information provided by the Trustee, the Auctioneer for the Estate or the Trustee's professionals.

11.    The Trustee shall convey the Property by delivery of a Trustee's Deed.  The quality of title shall be that which a reputable title company is willing to approve and insure.  The Trustee may at his option arrange for the issuance of a title insurance policy by such a company as he may choose at the sole cost and expense of the Successful Bidder.

12.    The Successful Bidder has five (5) days from the conclusion of the Auction Sale to order title, copy of which shall promptly be provided to P&M (by electronic mail sent to rlp@pryormandelup.com and na@pryormandelup.com).

13.    The Successful Bidder has twenty (20) days from the conclusion of the Auction Sale to advise P&M (by electronic mail sent to rlp@pryormandelup.com and na@pryormandelup.com) of any and all title issues or defects that would in any way be an impediment to the Closing on the sale of the Property. Failure of the Successful Purchaser to advise the attorneys for the trustee in writing, as set forth above, within such twenty (20) day period of any such title issues or defects shall be deemed a waiver of any and all rights to raise any such title issues or defects, with P&M reserving the right to specify a particular title company to insure title, provided said company is licensed in the State of New York.

14.    Neither the Trustee, Trustee's counsel, the Auctioneer, nor the Estate is liable or responsible for the payment of fees of any broker. The only commissions that the Estate may be liable for are those of Maltz Auctions., Inc., which has been retained pursuant to an Order of the Bankruptcy Court, and those of the Trustee.

15.    Nothing contained in these Terms and Conditions of Sale is intended to supersede or alter any provisions of Title 11 of the United States Code (the "Bankruptcy Code") or otherwise interfere with the jurisdiction of the Bankruptcy Court. All of the terms and conditions set forth in these Terms and Conditions of Sale are subject to modification as may be directed by the Trustee or by the Court.  The Trustee reserves the right to modify these Terms and Conditions of Sale at the Auction Sale or thereafter to maintain consistency with the provisions of the Bankruptcy Code and/or prior orders of the Court.

16.    These Terms and Conditions of Sale will be read into the record, or specifically incorporated by reference, at the Auction Sale of the Property.  By making a bid for the Property, all bidders will be deemed to have acknowledged having read these Terms and Conditions of Sale and have agreed to be bound by them.

17.    If the Trustee is unable to deliver title to the Property in accordance with these Terms and Conditions of Sale for any reason whatsoever, his only obligation will be to refund the Deposit, together with any interest earned thereon, if any, to the Successful Bidder, and upon such refund, the Successful Bidder will have no claim or recourse against the Trustee, the Trustee's professionals or the Auctioneer for the Estate.

18.    The Trustee reserves his right to withdraw the Property from the Auction Sale, either prior, or subsequent to the Auction Sale, for any reason whatsoever, as he deems necessary or appropriate.

19.    The Auction Sale of the Property is subject to confirmation by the Trustee.

20.    The Bankruptcy Court shall determine any disputes concerning the Auction Sale of the Property.  By participating in the Auction Sale, all bidders consent to the jurisdiction of the Bankruptcy Court to determine such disputes under

148127

2



the Debtor's pending case.

I have read these Terms and Conditions of Sale and agree to be bound by them.

By: _Joseph Pace_____    Date: _7/30/20_



# miller

Miller Advertising Agency, Inc. • 220 West 42nd Street, 12th Floor • New York, New York 10036 • 212-929-2200

## INVOICE

MALTZ AUCTIONS INC.(CC) - H434
39 Windsor Place

Central Islip, NY 11722

Client Number    022729
Invoice Number  889674 - 061
Invoice Date      07/27/20
Net 30    Page 1

Regarding
**THOMAS MAFFETONE**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Rate | Amount |
|---|---|---|---|---|---|---|---|
| NEW YORK TIMES | SALE JULY 3> | R726001320 | 07/19 | 1.00 | 1 | 167.37 | 167.37 |
| | | | NEW YORK TIMES TOTAL | | | **$167.37** | |
| NEW YORK DAILY NEWS | SALE JULY 3> | R726001820 | 07/12 | 1.00 | 1 | 70.60 | 70.60 |
| | | | NEW YORK DAILY NEWS TOTAL | | | **$70.60** | |
| NEW YORK POST | SALE JULY 3> | R726001620 | 07/09 | 1.00 | 1 | 68.67 | 68.67 |
| | | | NEW YORK POST TOTAL | | | **$68.67** | |
| JEWISH PRESS | SALE JULY 3> | R726001420 | 07/10 | 1.00 | 1 | 39.00 | 39.00 |
| | | | JEWISH PRESS TOTAL | | | **$39.00** | |
| JEWISH WEEK | SALE JULY 3> | R726001520 | 07/10 | 1.00 | 1 | 30.00 | 30.00 |
| | | | JEWISH WEEK TOTAL | | | **$30.00** | |
| EPOCH TIMES | SALE JULY 3> | R726001720 | 07/10 | 1.00 | 1 | 47.00 | 47.00 |
| | | | EPOCH TIMES TOTAL | | | **$47.00** | |

**INVOICE TOTAL  $422.64**

Visa 7/29/20

Internet : http://www.milleraa.com

EMail : narchibald@milleraa.com

# Miller Advertising Agency, Inc.

220 West 42nd Street • New York, New York 10036 • 212-929-2200

## PROOF OF INSERTIONS

8688
Display Ad
NEW YORK TIMES
07/19



# Miller Advertising Agency, Inc.

220 West 42nd Street • New York, New York  10036 • 212-929-2200

## PROOF OF INSERTIONS

R6300019  8888
Display Ad
NEW YORK DAILY NEWS
07/12



# Miller Advertising Agency, Inc.
### 220 West 42nd Street • New York, New York  10036 • 212-929-2200
## PROOF OF INSERTIONS

R6300005  8888
Display Ad
EPOCH TIMES
07/10



# Miller Advertising Agency, Inc.

220 West 42nd Street • New York, New York 10036 • 212-929-2200

## PROOF OF INSERTIONS

R6300006 8888
Display Ad
JEWISH PRESS
07/10



# Miller Advertising Agency, Inc.

220 West 42nd Street  •  New York, New York  10036  •  212-929-2200

## PROOF OF INSERTIONS

R6300023  8888
Display Ad
JEWISH WEEK
07/10



# Miller Advertising Agency, Inc.

220 West 42nd Street  •  New York, New York  10036  •  212-929-2200

## PROOF OF INSERTIONS

R6300064  8888
Display Ad
NEW YORK POST
07/09



Page 1 of 1

# INVOICE

## Long Island Business News

2150 Smithtown Ave.
Suite 7
Ronkonkoma, NY 11779
1 (631) 737-1700
www.libn.com

**Maltz Auctions**
Bob Gangi
39 Windsor Pl
Central Islip, NY 11722-3301

| Account # | |
|---|---|
| **Invoice Date** | |
| 7/6/2020 | |
| **Invoice #** | |
| 744756714 | |
| **Order #** | |
| 11896523 | |
| **Terms** | |
| NET 30 | |
| **PO/Case #** | |
| **Salesrep** | |
| Robin Burgio | |

| Billed/Total Days | Description | Size/Qty | Unit Price | Amount |
|---|---|---|---|---|
| | **OTM-Riverhead- 913 Sound Shore** | | | |
| 1/2 | **Long Island Business News (LI)** | 1 col x 0.13in | | |
| | **Rentals / Houses for Rent** | 4 wrd / 1 ln | | |
| | OTM-Riverhead-913 Sound Shore | | | |
| | 07/03/2020 | | | |
| | -Base Charge | | | 30.00 |
| | **Payment via credit card** | | | -30.00 |
| | | | **TOTAL DUE** | **0.00** |

---

**DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT TO:**

**Long Island Business News**
SDS-12-2791
PO Box 86
Minneapolis, MN 55486-2791

| Account # | Customer | Bill Attention | Invoice # | Invoice Date | Total Due |
|---|---|---|---|---|---|
| | Maltz Auctions | | 744756714 | 7/6/2020 | **0.00** |

 **AMEX**

☐    ☐  ☐

_____    M   M    Y   Y
CARD NUMBER                 ___ / ___  Security Code: _____
                           EXP. DATE

Charge My Credit Card $_____  CUSTOMER SIGNATURE _____

Page 1 of 1

# INVOICE

## Long Island Business News

2150 Smithtown Ave.
Suite 7
Ronkonkoma,  NY 11779
1 (631) 737-1700
www.libn.com

**Maltz Auctions**
Bob Gangi
39 Windsor Pl
Central Islip, NY 11722-3301

| Account # | |
|---|---|
| **Invoice Date** | |
| 7/20/2020 | |
| **Invoice #** | |
| 744766118 | |
| **Order #** | |
| 11896523 | |
| **Terms** | |
| NET 30 | |
| **PO/Case #** | |
| | |
| **Salesrep** | |
| Robin Burgio | |

| Billed/Total Days | Description | Size/Qty | Unit Price | Amount |
|---|---|---|---|---|
| | **OTM-Riverhead- 913 Sound Shore** | | | |
| 1/2 | **Long Island Business News (LI)** **Rentals / Houses for Rent** OTM-Riverhead-913 Sound Shore 07/10/2020 -Base Charge **Payment via credit card** | 1 col x 0.13in 4 wrd / 1 ln | | 30.00 -30.00 |
| | | | **TOTAL DUE** | **0.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT TO:**

**Long Island Business News**
SDS-12-2791
PO Box 86
Minneapolis,  MN 55486-2791

| Account # | Customer | Bill Attention | Invoice # | Invoice Date | Total Due |
|---|---|---|---|---|---|
| | Maltz Auctions | | 744766118 | 7/20/2020 | 0.00 |

MasterCard    VISA    **AMEX**

☐        ☐  ☐

_____    CARD NUMBER

M    M    Y    Y
_____ / _____    Security Code: _____
EXP. DATE

Charge My Credit Card $_____    CUSTOMER SIGNATURE _____

LONG ISLAND BUSINESS NEWS | July 3-9, 2020 | LIBN.COM | 35

# BIZMARKET

**BUSINESS SERVICES REAL ESTATE HOTELS & MEETING PLACES**

## ONTHEMARKET

### Real Estate



**Suffolk Industrial**

| | |
|---|---|
| **Category:** | Industrial |
| **County:** | Suffolk |
| **Location:** | 60 Davids Dr, Hauppauge |
| **Available Sq. Ft.** | 97,558 |
| **Asking Price:** | TBD |
| **Agent:** | Philip Shwom |
| **Brokerage:** | Schacker Real Estate Corp. |
| **Phone:** | 631-293-3700, Ext. 39/38 |

**Additional:** High ceiling distribution center and mfg. facility. Located in the highly desirable Hauppauge Industrial Park. Amenities for food mfg. including FDA approvals, cold storage areas, floor drains, and low pressure steam.

**Suffolk Industrial**

| | |
|---|---|
| **Category:** | Industrial |
| **County:** | Suffolk |
| **Location:** | 215 Candlewood Road, Bay Shore |
| **Available Sq. Ft.** | 53,530 |
| **Asking Price:** | Sale or Lease |
| **Agent:** | Chuck Tabone |
| **Brokerage:** | Dan Gazzola |
| **Phone:** | 631-424-4800 |
| **Brokerage:** | Newmark Knight Frank |



**Nassau Commercial**

| | |
|---|---|
| **Category:** | Commercial |
| **County:** | Nassau |
| **Location:** | Freeport (371 South Main Street) |
| **Available Sq. Ft.** | 14,000 |
| **Asking Price:** | Auction |
| **Agent:** | Richard Maltz |
| **Brokerage:** | Maltz Auctions |
| **Phone:** | 516-349-7022 |

**Additional:** BANKRUPTCY AUCTION: July 30th. 14,000 Sq Ft Waterfront Building on 31,700 Sq Ft Lot. 20' Ceilings – 240' Water Frontage. Details at MaltzAuctions.com.

**Nassau Residential**

| | |
|---|---|
| **Category:** | Residential |
| **County:** | Nassau |
| **Location:** | Long Beach (25 Neptune Blvd, Unit 6T) |
| **Available Sq. Ft.** | 1,200 |
| **Asking Price:** | Auction |
| **Agent:** | Richard Maltz |
| **Brokerage:** | Maltz Auctions |
| **Phone:** | 516-349-7022 |

**Additional:** BANKRUPTCY AUCTION: July 30th. 2 BR/2BA Ocean View Co-Op. Renovated Unit in Desirable Neptune Towers Oceanfront Community. Details at MaltzAuctions.com.

**Suffolk Residential**

| | |
|---|---|
| **Category:** | Residential |
| **County:** | Suffolk |
| **Location:** | Northville Beach, Riverhead (913 Sound Shore Rd) |
| **Available Sq. Ft.** | 1,797 + Basement |
| **Asking Price:** | Auction |
| **Agent:** | Richard Maltz |
| **Brokerage:** | Maltz Auctions |
| **Phone:** | 516-349-7022 |

**Additional:** BANKRUPTCY AUCTION: July 30th. Booming North Fork Community. 3 BR/3.5BA Home. 4 Minute Walk to the Beach. Needs TLC. Details at MaltzAuctions.com.

## BUSINESSCARDS

**IRS AND NYS TAX ATTORNEY**



**Tenenbaum Law, P.C.**
*Tax Attorneys*

*Tax Attorneys Representing Taxpayers in IRS & NYS Tax Matters*

- IRS & NYS TAX MATTERS
- NYS & NYC RESIDENCY AUDITS
- NYS DRIVER'S LICENSE SUSPENSIONS
- SALES AND USE TAX
- LIENS, LEVIES, & SEIZURES
- NON-FILERS
- INSTALLMENT AGREEMENTS
- OFFERS IN COMPROMISE

Download Our App Tax Helpline

**631-465-5000**

www.litaxattorney.com • info@litaxattorney.com



**SQUAD SECURITY**

GLOBAL SECURITY SERVICES & INVESTIGATIONS



**FRANKEL & NEWFIELD, PC**

**Disability Insurance Law Attorneys**

PEER RATED

- Pre-Disability Filing Strategy
- Disability Claim Management
- Appeals for Denied or Terminated Disability Claims
- Disability and ERISA Litigation
- Lump Sum Settlements

**516.222.1600 • www.frankelnewfield.com**



**Commercial Contractors**
General Contractors

**Dominic Vissichelli**
P.O. Box 915
40 Underhill Blvd, Suite 2B
Syosset, New York 11791

# BIZMARKET

### BUSINESS SERVICES REAL ESTATE HOTELS & MEETING PLACES

## ONTHEMARKET

Real Estate

**Nassau Retail/Office/Industrial**

| | |
|---|---|
| Category: | Retail/Office/Industrial |
| County: | Nassau |
| Location: | 1035 Old Country Rd, Westbury |
| Available Sq. Ft. | 4,849 |
| Asking Price: | $2,195,000 |
| Agent: | Jeffrey Horn |
| Brokerage: | Schacker Real Estate Corp. |
| Phone: | 631-293-3700 |

**Additional:** Beautifully renovated building with glass walls throughout. Large attractive second floor not included in square footage. Prominent pylon sign with 34k vehicles /day. 1 minute from Wantagh Pkwy. ASSEMBLAGE POSSIBLE: +/- 80 x 300' on signalized corner! Two properties behind this are also available for sale. Many surprises. Must see

**Nassau Office**

| | |
|---|---|
| Category: | Office |
| County: | Nassau |
| Location: | 585 Stewart Avenue, Garden City |
| Available Sq. Ft. | Up to 17,053 rsf |
| Asking Price: | $29.00 |
| Agent: | Brian Lee |
| | Michael Silver |
| Brokerage: | Newmark Knight Frank |
| Phone: | 631-424-4800 |

**Nassau Commercial**

| | |
|---|---|
| Category: | Commercial |
| County: | Nassau |
| Location: | Freeport (371 South Main Street) |
| Available Sq. Ft. | 14,000 |
| Asking Price: | Auction |
| Agent: | Richard Maltz |
| Brokerage: | Maltz Auctions |
| Phone: | 516-349-7022 |

**Additional:** BANKRUPTCY AUCTION: July 30th. 14,000 Sq Ft Waterfront Building on 31,700 Sq Ft Lot. 20' Ceilings – 240' Water Frontage. Details at MaltzAuctions.com.

**Nassau Residential**

| | |
|---|---|
| Category: | Residential |
| County: | Nassau |
| Location: | Long Beach (25 Neptune Blvd, Unit 6T) |
| Available Sq. Ft. | 1,200 |
| Asking Price: | Auction |
| Agent: | Richard Maltz |
| Brokerage: | Maltz Auctions |
| Phone: | 516-349-7022 |

**Additional:** BANKRUPTCY AUCTION: July 30th. 2 BR/2BA Ocean View Co-Op. Renovated Unit in Desirable Neptune Towers Oceanfront Community. Details at MaltzAuctions.com.

**Suffolk Residential**



| | |
|---|---|
| Category: | Residential |
| County: | Suffolk |
| Location: | Northville Beach, Riverhead (913 Sound Shore Rd) |
| Available Sq. Ft. | 1,797 + Basement |
| Asking Price: | Auction |
| Agent: | Richard Maltz |
| Brokerage: | Maltz Auctions |
| Phone: | 516-349-7022 |

**Additional:** BANKRUPTCY AUCTION: July 30th. Booming North Fork Community. 3 BR/3.5BA Home. 4 Minute Walk to the Beach. Needs TLC. Details at MaltzAuctions.com.

**Queens Commercial**



| | |
|---|---|
| Category: | Commercial |
| County: | Queens |
| Location: | Ozone Park (104-07 95th Ave) |
| Available Sq. Ft. | 3,300 |
| Asking Price: | Auction |
| Agent: | Richard Maltz |
| Brokerage: | Maltz Auctions |
| Phone: | 516-349-7022 |

**Additional:** BANKRUPTCY AUCTION: July 23rd. 3,300 Sq Ft Building + Full & Finished Basement. Details at MaltzAuctions.com.

**BOOST YOUR PROPERTY'S SELLING POTENTIAL BY LISTING IT IN LONG ISLAND BUSINESS NEWS**

To book your space, contact our advertising department at 631.737.1700



LONG ISLAND
BUSINESSNEWS



P.O. Box 55, Accord, MA 02018
**Tel: 781-878-4540 Fax:** 781-871-1853
**Outside Mass.:** 800-654-4993
www.nyrej.com
facebook.com/nyrej
twitter.com/nyrej



| DATE | NUMBER |
|---|---|
| 05/19/2020 NY332086 | |

## Bill to:
109622

**Advertiser**

MALTZ AUCTIONS INC.
Attn: RICHARD MALTZ
39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722

09622*XX
MALTZ AUCTIONS INC.

| CUSTOMER ORDER NO. | PUB DATE | SECTION | FREQUENCY | INSERTION NO. | SALESPERSON CODE | PAGE NO. | T/S |
|---|---|---|---|---|---|---|---|
| RICHARD MALTZ | 05/19/2020 | ROP | 1X | 109 | KW,HH | 1 KW 1 | |

| Description | Amount |
|---|---|
| NEW YORK REAL ESTATE JOURNAL | |
| FULL PAGE-4 COLOR     "AUCTIONS" | 895.00 |
| Sub Total | 895.00 |

**We accept**

VISA  MasterCard

Credit Card #
Exp. Date _____ Amount _____
Auth. Signature

895.00

**TERMS: NET 30 DAYS** *A service charge of 1.5% per month will be added to overdue accounts.*

| Invoice Total | |

**Please include invoice number with remittance to ensure proper credit.**

**PLEASE EXAMINE AT ONCE:** This account will be considered correct if no error is reported within 15 days.

# BANKRUPTCY & LENDER APPROVED
# AUCTIONS



## 212-KEY FULL-SERVICE HOTEL
### *Former Wyndham Flag*

US Bankruptcy Court EDPA • In Re: HERMANI HOTELS, LLC • Case No. 20-10701 (AMC)

### June 9th • Feasterville-Trevose, PA

*4700 Street Rd, Feasterville-Trevose, Bucks County, PA*

- **Highly Accessible to I-95, I-276, I-295 & Route 1**
- **Surrounded by Thriving National Retailers**
- **Attractive Amenities: 2 Restaurants, Fitness Center, Indoor Pool, Hair Salon & Business Center**
- **5,200+ Sq Ft of Banquet Halls & Meeting Rooms**
- **.6 Miles to Train Station**
- **20 Minutes to Philadelphia**

*Gellert Scali Busenkell & Brown, LLC, Attorneys for the Chapter 11 Debtor & Debtor in Possession*



## ENTIRE/TURN-KEY COLLEGE CAMPUS

Lender Approved Auction

### Date TBA • Poultney, VT

*1 Brennan Circle, Poultney, Rutland County, VT*

- **155-Acre Campus**
- **22 Buildings**
- **447,000+ Sq Ft**
- **Green Campus**
- **$5.5M Biomass System**

*Verdolino & Lowey, P.C., Chief Restructuring Officer*



## 66,000+ SQ FT BUILDING
### *Stalled Construction • Substantially Complete*

US Bankruptcy Court SDNY
In Re: 305 East 61st Street Group LLC • Case # 19-11911-shl

### Date TBA • Manhattan, NY

*305 East 61st St, Upper East Side, NY, NY*



- **14 Residential Units**
- **9,000+ Sq Ft Retail**
- **High-End Finishes**



*Kenneth P. Silverman, Esq., Chapter 11 Trustee*
*SilvermanAcampora LLP, Attorneys for the Chapter 11 Trustee*

## ADVANCE NOTICE
### June 18th
(Subject to change)



**LONG BEACH**
2 BR Ocean View Co-Op



**PORT JEFFERSON STATION**
1.5 Acre Corner Bldg/Land



**NORTHVILLE BEACH**
3 BR North Fork Home



**FREEPORT**
19,500 Sq Ft Residential Lot

## ADVANCE NOTICE
### June 25th
(Subject to change)



**OZONE PARK**
Mixed-Use Bldg



**FLUSHING**
1 BR Luxury Condo



**MANHATTAN**
2 NYC Taxi Medallions



### ONLINE BIDDING AVAILABLE
DOWNLOAD OUR APP FROM THE APP STORE

## 516.349.7022 | *AUCTIONS...YOUR LIQUIDITY SOLUTION* | MaltzAuctions.com

*Richard B. Maltz Licensed NY Broker & Auctioneer DCA#1240836 | Bill Howze, PA # AU005050 | Tyler B. Hirchak, Licensed VT Auctioneer # 00570002420 • MSI Realty, Licensed VT Broker #0810134047*



450 West 31st Street, 4th Floor
New York, NY 10001 US
kf@therealdeal.com

# INVOICE

**BILL TO**

Maltz Auctions
39 Windsor Place Central Islip
Central Islip, NY 11722

**INVOICE #** 24130
**DATE** 03/01/2020
**DUE DATE** 03/01/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2020 | | | |
| 3 Elerts 3/4,3/27,3/30 & 4/10 | 1 | 1,500.00 | 1,500.00 |
| Half Page Ad" Maltz Auctions" April NY Issue | 1 | 2,000.00 | 2,000.00 |

Karen Francis
kf@therealdeal.com
212.260.1332 (ext. 148)

**BALANCE DUE**                    **$3,500.00**

Wire transfer Information:
Signature Bank of New York

Clive Swift: Signus33
Address: 261 Madison Avenue, NY, NY 10016

The Real Deal | Send to:450 West 31st, Street, 4th Floor / New York, NY 10001

# CHETRIT GOES TO THE MAT IN FIGHT WITH SL GREEN

Investor who quit Daily News building purchase wants $35 million deposit back from the publicly traded office giant

**By Rich Bockmann**


SL Green CEO Marc Holliday

Superman fights for truth, justice and the American way. The investor who abandoned a deal to buy the building Clark Kent's Daily Planet office was modeled after is fighting for his deposit back.

Jacob Chetrit is trying to stop SL Green Realty from pocketing the $35 million deposit the company claims he forfeited when he backed out of buying the Daily News Building, people familiar with the matter told *The Real Deal*.

Chetrit wrote to the escrow agent holding the deposit to request the funds not be released to Marc Holliday's SL Green. The next step could be a showdown in court.

A representative for Chetrit did not immediately respond to a request for comment. A spokesperson for SL Green declined to comment.

Chetrit withdrew from an $815 million acquisition of 220 East 42nd Street in late March when financing from Deutsche Bank fell through. It was one of the biggest property deals to disintegrate as the coronavirus pandemic froze the debt markets.

SL Green's president, Andrew Mathias, said at the time that the company would retain Chetrit's deposit. But the process is not straightforward. Chetrit can ask a judge for his deposit back or try to coerce SL Green to the negotiating table. At the very least, he can make himself a thorn in the company's side.

If Chetrit goes to court, he'd have to make a case that SL Green was to blame for the deal's demise, sources said. It's not clear what argument Chetrit would make, but in such cases, buyers often claim the seller failed to disclose certain maintenance issues with a property or that problems with the title cropped up.

One notorious tactic buyers use when a deal goes sideways is to claim that sellers failed to provide complete documentation on tenants' leases, known as estoppel certificates. Many regard this as a specious argument because it is only raised when a deal goes awry.

Attorney Jonathan Mechanic of Fried, Frank, Harris, Shriver & Jacobson said that buyers often have legitimate reasons to get a deposit back, and other times they are grasping at straws.

"You see challenges sometimes that are successful and sometimes that are not," he said. "There's not a claim, by the way, that a pandemic happened. That's not an excuse for not performing."

Even if Chetrit has no strong legal argument, he could make himself a nuisance and try to negotiate with SL Green to reclaim a portion of the deposit.

To screen out frivolous requests, courts will sometimes require the buyer to post a bond, said attorney Jay Neveloff of Kramer Levin Naftalis & Frankel.

"Most buyers aren't prepared to put up a bond on a specious claim. A lot aren't prepared to put their money where their mouth is," he explained. "The leverage of a buyer isn't very strong there."

The busted deal for the Daily News Building has complicated matters for SL Green, which is selling other assets to make up for the expected proceeds of the sale.

Arguments over deposits seem increasingly common as deals large and small fall apart during the pandemic. Investor David Werner, for example, is wrangling to get back $15 million he put down to buy a multifamily portfolio from All Year Management for $346 million. Brooklyn investor Shulem Herman is seeking the return of $457,500 after failing to close on the purchase of properties in Ridgewood and Bushwick.

Werner is claiming All Year failed to provide information about properties in the portfolio and reduced rents for tenants without his approval. Herman says the seller rushed the closing during the city's shutdown, then defaulted him. **TRD**



## BANKRUPTCY & LENDER APPROVED AUCTIONS



### 212-KEY FULL-SERVICE HOTEL
*Former Wyndham Flag*

US Bankruptcy Court EDPA • In Re: HERMANI HOTELS, LLC • Case # 20-10701 (AMC)

**June 9th • Feasterville-Trevose, PA**
*4700 Street Rd, Feasterville-Trevose, Bucks County, PA*

- Highly Accessible to I-95, I-276, 1-295 & Route 1
- Surrounded by Thriving National Retailers
- .6 Miles to Train Station/ Directly off I-276 Ramp

*Gellert Scali Busenkell & Brown, LLC, Attorneys for the Chapter 11 Debtor & DIP*



### ENTIRE/TURN-KEY COLLEGE CAMPUS

Lender Approval Auction

**Date TBA • Poultney, VT**
*1 Brennan Circle, Poultney, Rutland County, VT*

- 155-Acres / Turn-Key Opportunity
- 22 Buildings / 447,000+ Sq Ft
- Green Campus / $5.5M Biomass System

*Verdolino & Lowey, P.C., Chief Restructuring Officer*



### 66,000+ SQ FT BUILDING
*Stalled Construction - Substantially Complete*

US Bankruptcy Court SDNY • In Re: 305 East 61st Street Group LLC • Case # 19-11911-shl

**Date TBA • Manhattan, NY**
*305 East 61st St, Upper East Side, NY*

- 14 Residential Units
- 9,000+ Sq Ft Retail
- High-End Finishes Throughout

*Kenneth P. Silverman, Esq. Chapter 11 Trustee*

| ADVANCE NOTICE June 18th - 25th (Subject to change) | LONG BEACH 2 BR Ocean View Co-op | PORT JEFF STATION 1.5 Acre Corner Bldg/Land | RIVERHEAD 3 BR North Fork Home | FREEPORT 19,500 Sq Ft Residential Lot | OZONE PARK Mixed-Use Building | FLUSHING 1 Bedroom Luxury Condo | MANHATTAN 2 NYC Taxi Medallions |

**ONLINE BIDDING AVAILABLE** DOWNLOAD OUR APP FROM THE APP STORE



**516.349.7022** | *AUCTIONS...YOUR LIQUIDITY SOLUTION* | MaltzAuctions.com

*Richard B. Maltz Licensed NY Broker & Auctioneer DCA#1240836 | Bill Hauze, PA # AU005050 | Tyler B. Hirshak, Licensed VT Auctioneer # 0057000242 0 • MSI Realty, Licensed VT Broker #081013-0047*

*1*
MIAMI'S FIRST
ROOFTOP ATRIUM
& EVENT SPACE

*2*
MIAMI'S FIRST
CENTER FOR HEALTH
& PERFORMANCE

*3*
MIAMI'S FIRST
INTERNATIONAL
BUSINESS LOUNGE

*4*
FIRST OF ITS KIND
MICRO*LUXE*
RESIDENCES



ARTIST CONCEPTUAL RENDERING. DEVELOPER MAY CHANGE WITHOUT NOTICE.

*Secure your legacy*



LEGACY
HOTEL & RESIDENCES

NO RENTAL RESTRICTIONS | MIAMI WORLDCENTER

786 636 3039 | WWW.LEGACYMWC.COM


EQUAL HOUSING
OPPORTUNITY

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATION OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, MAKE REFERENCE TO THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY THE DEVELOPER TO A BUYER OR LESSEE. THIS IS NOT AN OFFER WHERE PROHIBITED BY STATE LAW. Prices, plans and specifications are subject to change without notice. This is not intended to be offer to sell nor a solicitation of offers to buy a unit in any jurisdiction where prohibited by law. We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing throughout the Nation.


R|P|C
ONEWORLD
PROPERTIES

12/20/2019                           Maltzauctions.com Mail - You paid an invoice! (#10689)



Richard Maltz <rmaltz@maltzauctions.com>

## You paid an invoice! (#10689)
1 message

**JumpEdit** <invoicing@messaging.squareup.com>                          Fri, Dec 20, 2019 at 9:20 AM
Reply-To: JumpEdit <tony@jumpedit.com>
To: rmaltz@maltzauctions.com

jumpedit

JumpEdit

Invoice Paid

# $260.00

Paid on December 20, 2019

**Floorplan And Photos-913 Sound Shore Rd**
Invoice #10689
December 20, 2019

**Bill To**
Richard Maltz
Maltz Auctions
rmaltz@maltzauctions.com

Here is your invoice for the Editing. Your Photos would be billed
separately. Thanks! Tony

| | |
|---|---|
| **Floorplan and Photos** | $260.00 |
| Subtotal | $260.00 |
| **Total Paid** | **$260.00** |
| VISA 9931 | 12/20/19, 9:20 AM |

**Send estimates or invoices for your business?**
Process $1,000 in sales free when you sign up for Square.

Get Started

**JumpEdit**
tony@jumpedit.com



# INVOICE

|  |  |
|---|---|
| **Invoice:** | 103355 |
| **Invoice Date:** | 07/07/2020 |
| **Order Date:** | 07/02/2020 |
| **Job Number:** | 235025 |
| **Customer Number:** | 121132 |
| **Salesperson:** | Jeff Gilliam |
| **Purchase Order Number:** | Richard |

Maltz Auctions

Attn:  Richard B. Maltz CAI CES

39 Windsor Place
Central Islip        11722

**Remit To:**

Indexx, Inc.
303 Haywood Road.
Greenville, SC   29607

| Quantity | Description | Price |
|---|---|---|
| 4,995 | 20-MALTZ July_Aug Multi 2 PAGER- Riverhead | 756.13 |
|  | POSTAGE FOR USPS MAILING | |

| | |
|---|---|
| **Invoice Total:** | 756.13 |
| **Net Total:** | 756.13 |

**We Appreciate You!!**
**Terms:  Credit Card**

To insure proper credit return this portion of the invoice with your remittance.

| Maltz Auctions | **Invoice:** | 103355 |
| Attn:  Richard B. Maltz CAI CES | **Invoice Date:** | 7/7/2020 |
| 39 Windsor Place | **Job Number:** | 235025 |
| Central Islip        11722 | **Customer Number:** | 121132 |
| | **Purchase Order Number:** | Richard |

**Invoice Amount Due:   756.13**

NOTE:   A fee of 18% per annum, will be charged on past due   balances.
ANY QUESTIONS, PLEASE CALL (864) 234-1024 OR FAX (864) 234-7287

## BANKRUPTCY & LENDER APPROVED

# AUCTIONS

**JULY 23rd** - through - **AUG 18th**

---



**JULY 23 • #20-310**

**OZONE PARK, NY**

**3,300 SQ FT MIXED-USE CORNER BUILDING**
*Retail Storefront & 3 Residential Apartments*

Bankruptcy Auction • US Bankruptcy Court EDNY
*In Re: Andra's Redemption, Inc. • Case # 17-40825 (NHL)*

**104-07 95th Avenue, Ozone Park**
**Queens, NY**

- 3,300 Sq Ft + Full/Finished Basement
- Half Mile to 104th Street Subway

*Rosenberg Musso & Weiner LLP, Attorneys for the*
*Chapter 11 Debtor & Debtor in Possession*

---



**JULY 30 • #20-311**

**LONG BEACH, NY**

**2 BR OCEAN VIEW CO-OP**
*Magnificent Boardwalk Location*

Bankruptcy Auction • US Bankruptcy Court EDNY
*In Re: Ivan Mikolaenko • Case # 20-40327-(NHL)*

**25 Neptune Boulevard, Unit 6T**
**Long Beach, NY**

- 2 BR, 2 BA & Updated Eat-in-Kitchen
- Terrace with Beach & Ocean Views

*Robert J. Musso, Chapter 7 Trustee*
*Rosenberg Musso & Weiner LLP, Attorneys for the Trustee*

---



**JULY 30 • #20-312**

**KANDINSKY PAINTING**

**EARLY 20TH C. PAINTING ATTRIBUTED**
**TO WASSILY KANDINSKY**

Bankruptcy Auction • US Bankruptcy Court EDNY
*In Re: Mordechay Movtady • Case # 18-76758-REG*

**Attributed to Wassily Kandinsky**
**(1866-1944) Russia**

- Composition "No. 2"
- Oil Painting on Canvas

*Robert L. Pryor, Esq., Chapter 7 Trustee*
*Pryor & Mandelup, LLP, Attorneys for the Trustee*

---



**JULY 30 • #20-313**

**RIVERHEAD, NY**

**SINGLE FAMILY HOME – WALK TO THE BEACH**
*Located on Long Island's Booming North Fork*

Bankruptcy Auction • US Bankruptcy Court EDNY
*In Re: Thomas Maffetone • Case # 19-72242-REG*

**913 Sound Shore Road**
**Northville Beach, Riverhead, NY**

- Within Desirable Northville Beach Community
- 3 BR, 3.5 BA + Finished Basement

*Robert L. Pryor, Chapter 7 Trustee*
*Pryor & Mandelup, LLP, Attorneys for the Trustee*

---



**JULY 30 • #20-314**

**FREEPORT, NY**

**14,000 SQ FT WATERFRONT BUILDING**
*20´ Ceilings – 240´ Water Frontage*

Bankruptcy Auction • US Bankruptcy Court EDNY
*In Re: Precision Steel & Hoist Systerns, Inc. • Case # 19-76013-REG*

**371 South Main Street**
**Freeport, NY**

- 14,000± Sq Ft Building
- 31,700± Sq Ft Lot
- 17,000± Sq Ft Paved Parking Lot

*Robert L. Pryor, Chapter 7 Trustee*
*Pryor & Mandelup, LLP, Attorneys for the Trustee*

---



**AUGUST 18 • #20-315**

**POULTNEY, VT**

**MAGNIFICENT 155-ACRE COLLEGE CAMPUS**
*22 Impressive Buildings – 447,000 Sq Ft*

Lender Approved Auction

**Green Mountain College, 1 Brennan Cir,**
**Poultney, Rutland County, VT**

- Environmentally Sustainable Campus
- $5.8MM Biomass Steam Heat System
- Appraised in 2016 for $20,000,000
- **$3,000,000 Minimum Bid**

*Verdolino & Lowey, P.C., Chief Restructuring Officer*

---

**ADVANCE NOTICE**

US Bankruptcy Court SDNY
*In Re: 305 East 61st Street Group LLC • Case # 19-11911-shl*


**66,000+ SQ FT** *Stalled Construction*

**305 East 61st Street**
**Upper East Side, NY**

- 14 Residential Units
- 9,000+ Sq Ft Commercial Space

*Kenneth P. Silverman, Esq., Chapter 11 Trustee*
*Silverman Acampora LLP, Atty's for the Trustee*

US Bankruptcy Court EDNY
*In Re: 41-25 Haight Street Realty, Inc., • Case # 19-43441 (NHL)*


**74,000+ SQ FT** *New Construction*

**41-09 – 41-31 Haight Street**
**Flushing, NY**

- (10) 4,800+ Sq Ft Mixed-Use Bldgs
- 26,000+ Sq Ft Mixed-Use Bldg

*Gregory M. Messer, Chapter 11 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Atty's for the Trustee*

---

**516.349.7022 | MaltzAuctions.com | AUCTIONS…YOUR LIQUIDITY SOLUTION®**

**MALTZ AUCTIONS**
AUCTIONEERS • APPRAISERS • REAL ESTATE BROKERS
AUCTIONS...Your Liquidity Solution™

**ATTENTION** All Bankruptcy Trustees, Brokers, Builders, Developers, Executors, Lenders & Motivated Owners...

*Would You Like a Definitive Date Your Property will Sell?*
*Call Today to Consign Your Real Estate in our*
September 17th Multi-Property Event!

*FIRST CLASS MAIL*
*TIME*
*SENSITIVE*
*DATED*
*MATERIAL*

FIRST-CLASS
PRST. U.S. POSTAGE
**PAID**
GREENVILLE, SC
PERMIT No. 1460

39 Windsor Place, Central Islip, NY 11722
Richard B Maltz, NY/NYC Licensed Real Estate Broker & Auctioneer
Tyler B. Hirchak, Licensed VT Auctioneer # 00570002420
MSI Realty, Licensed VT Broker # 0810134047

**TERMS OF SALE:** Sold free and clear of all monetary liens. Please download the complete Terms & Conditions of Sale and/or Bidding Procedures. Online & absentee bidding available with registration at least 48 hours prior to the auction, please call for details.

**VIEWINGS:** Available by appointment upon request.



DOWNLOAD OUR APP



# BANKRUPTCY & LENDER APPROVED AUCTIONS

## Auction: Thursday, July 23rd at 11:00 am  |  Registration begins at 10:00 am
*Auction Location: Maltz Auction Gallery, 39 Windsor Place, Central Islip, NY 11722*

| ID# | | DESCRIPTION | LOCATION | DEPOSIT |
|---|---|---|---|---|
| #20-310 | | **3,300 Sq Ft Mixed-Use Corner Building** *1 Retail Storefront & 3 Residential Apartments* | 104-07 95th Avenue Ozone Park, NY 11416 | *$75,000 Cashier's Check* |

## Auction: Thursday, July 30th  |  Registration begins at 10:00 am
*Auction Location: Maltz Auction Gallery, 39 Windsor Place, Central Islip, NY 11722*

| ID# | | DESCRIPTION | LOCATION | DEPOSIT |
|---|---|---|---|---|
| #20-311 | 11:00 AM | **2 Bedroom Ocean View Co-Op** *Magnificent Boardwalk Location* | 25 Neptune Boulevard, Unit 6T Long Beach, NY 11561 | *$35,000 Cashier's Check* |
| #20-312 | 11:30 AM | **Early 20th C. Painting Attributed To Wassily Kandinsky** | 39 Windsor Place Central Islip, NY 11722 | *25% of Bid* |
| #20-313 | 12:30 PM | **Single Family Home** *Located on Long Island's North Fork* | 913 Sound Shore Road Northville Beach, Riverhead, NY 11901 | *$30,000 Cashier's Check* |
| #20-314 | 1:30 PM | **14,000 Sq Ft Waterfront Building** *20' Ceilings – 240' Water Frontage* | 371 South Main Street Freeport, NY 11520 | *$125,000 Cashier's Check* |

## Auction: Monday, August 18th at 1:00 pm  |  Registration begins at 11:30 am

| ID# | DESCRIPTION/LOCATION | LOCATION | DEPOSIT |
|---|---|---|---|
| #20-315 | **Magnificent 155-Acre College Campus** *22 Impressive Buildings – 447,000 Sq Ft* | Green Mountain College, One Brennan Circle Poultney, Rutland County, VT 05764 | *$320,000 Cashier's Check* |

### *Plus 50-150 Bank Repossessed & Consignment Vehicles Sell Tri-Weekly in Central Islip, NY*

These Assets are being sold "AS IS" "WHERE IS" "WITH ALL FAULTS" without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, free and clear of any and all interests including, but not limited to, liens, claims, encumbrances, interests, judgments and/or mortgages, or adverse claims to title, of whatever kind or nature, and subject to, among other things: (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions. By delivering their respective deposits, all prospective bidders acknowledge that they have had the opportunity to review and inspect these Assets, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of these Assets in making their bids. Neither Maltz, the sellers of these Assets nor any of their collective representatives make any representations or warranties with respect to the permissible uses of these Assets including, but not limited to, the zoning of these Assets. All prospective bidders acknowledge that they have conducted their own due diligence in connection with these Assets and are not relying on any information provided by Maltz, the sellers of these Assets or any of their collective representatives. The information contained herein was derived from sources deemed reliable, but is not guaranteed. Most of the information provided has been obtained from third-party sources and has not been independently verified. It is the responsibility of all prospective bidders to determine the accuracy of all components of the sales and these Assets. All prospective bidders are responsible for conducting their own independent inspections, investigations, inquiries, and due diligence concerning these Assets, including without limitation, the environmental and physical condition of these Assets. All prospective bidders are urged to conduct their own due diligence prior to participating in the public auction. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.

**Facebook:**

7/30: Northville Beach

| | | | | | | |
|---|---|---|---|---|---|---|
| ◆ Completed | Lowest cost | $5.00 Daily | 5,961 Link Clicks | 27,160 | 70,015 | $0.07 Per Link Click | $420.04 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                            Case No.19-72242-REG

     THOMAS MAFFETONE,                                    Chapter  7

             Debtor.
-------------------------------------------------------------------X


STATE OF NEW YORK      )
                        ) ss:

COUNTY OF SUFFOLK     )

Robert J. Gangi, being duly sworn, deposes and says;

I reside in Oceanside, New York. I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with the above captioned matter:

Prior to the July 30, 2020 auction sale I prepared marketing materials for print and internet advertising and implemented the online marketing campaigns, and worked 3.25 hours. I spoke with interested parties and answered questions pertaining to the Property and the auction process and worked 2.25 hours. I qualified/registered online bidders requesting to participate in the auction but were unable to personally attend, subsequently processed the return of unsuccessful bidder deposits, and I assisted on auction day and worked 4 hours.

I worked a total of 9.5 hours at the rate of $48.00 per hour. This rate represents a portion of the gross my employer pays excluding taxes, insurance and benefits. My labor expenses associated with the efforts put forth pertaining to this matter were $456.00. I worked exclusively on this sale and no other matter during this time.

_____
Robert J. Gangi


Sworn to before me on this
14th day of August, 2020

_____
Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                    Case No.19-72242-REG

    THOMAS MAFFETONE,                            Chapter 7

            Debtor.

-----------------------------------------------------------------X


STATE OF NEW YORK      )
                      ) ss:

COUNTY OF SUFFOLK     )

David A. Constantino, being duly sworn, deposes and says;

I reside in Massapequa, New York. I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with the above captioned matter:

Prior to the July 30, 2020 auction, I prepared and reviewed marketing materials, posted auction signage, handled telephone calls and email correspondence from interested parties, and answered questions pertaining to the Property and the auction process and worked 5.75 hours.  On July 17 and 24, 2020 I provided access for walk through inspections of the Property with interested parties and worked 16 hours.

I worked a total of 21.75 hours at the rate of $47.00 per hour.  This rate represents a portion of the gross my employer pays excluding taxes, insurance and benefits. My labor expenses associated with the efforts put forth pertaining to this matter were $1,022.25.  I worked exclusively on this sale and no other matter during this time.

David A. Constantino

Sworn to before me on this
14th day of August, 2020

Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                              Case No.19-72242-REG
     THOMAS MAFFETONE,                      Chapter  7

           Debtor.
-------------------------------------------------------------------X


STATE OF NEW YORK    )
                    ) ss:
COUNTY OF SUFFOLK    )

Debra A. Donovan, being duly sworn, deposes and says;

I reside in Coram, New York.  I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with the above captioned matter:

Prior to the July 30, 2020 auction of the Property, I expended 1.25 hours reviewing marketing materials and preparing auction day materials.  In addition, I expended 4.5 hours handling numerous telephone calls and/or email correspondence from interested parties pertaining to the auction and provided them with/directed them to the due diligence materials, and/or explained the auction process.  I worked 2.25 hours preparing the Auctioneer's Report of Sale.  I worked a total of 8 hours at the rate of $48.00 per hour for a total of $384.00.

The rate represents a portion of the gross my employer pays excluding taxes, insurance and benefits. I worked exclusively on this sale and no other matter during this time.

                                            Debra A. Donovan

Sworn to before me this
14th day of August, 2020

David A. Constantino
Notary Public, State of New York
NO.01CO6337498
Qualified in Suffolk County
Commission Expires February 29, 2024

AuctionServices IGNITE!                                     http://ignite.auctionservices.com/companies/3110/past_auctions



Your Company:
Maltz Auctions

- Current
- Past
- Archived

- [+] Add New Auction[+] Quick Add[++] Bulk Add

| Auction Title | Sort Date | Location | Hits | Visits | Action |
|---|---|---|---|---|---|
| AWARD HOLDINGS, LLC | 07/31/2020 10:05 AM | Manhattan, NY | 727 | 713 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| 14K SQ FT WATERFRONT BLDG | 07/30/2020 01:30 PM | Freeport, NY | 8490 | 8025 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| 3 BR HOME - WALK TO BEACH | 07/30/2020 12:30 PM | Northville Beach, Riverhead, NY | 20585 | 19093 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |
| KANDINSKY OIL PAINTING | 07/30/2020 11:30 AM | Central Islip, NY | 5729 | 5485 | • View<br>• Edit<br>• Copy<br>• Feature<br>• Publish<br>• Delete |

:: Maltz Auctions

# 3 BR HOME - WALK TO BEACH



1/4 Mile to Iron Pier Town Beach

## Schedule

**Live Off-Site Auction:** 07/30/2020 at 12:30 PM EDT

**Location:** *Maltz Auction Gallery*
*39 Windsor Place*
*Central Islip, NY 11722*

## Details

**Bankruptcy Auction** - United States Bankruptcy Court Eastern District of New York

In Re: Thomas Maffetone - Case # 19-72242-REG

## Single Family Home - Walk to the Beach

### Located on Long Island's Booming North Fork

LIVE & ONLINE BIDDING – CLICK HERE FOR ONLINE BIDDING

Bidding is available by computer or download of the Maltz Auctions App on the App Store or Google Play

Pre-Registration Required to Bid. You Must send in signed Terms & Conditions of Sale, signed Online Bidding Form and a deposit to be approved for bidding. Acceptable forms of deposit are cashier's check, postal money order, and wire transfer (funds must be received at least 24 hours prior to the scheduled end time of the auction or you may not be approved to bid prior to the conclusion of the auction).

## Details:

- 913 Sound Shore Road, Northville Beach, Riverhead, NY 11901
- Within Desirable Northville Beach Community in the Heart of Wine County and a Four Minute Walk to the Beach
- Deferred Maintenance - Needs TLC
- 1,797 Sq Ft Living Area + Finished Basement
- 3 Bedrooms and 3.5 Baths
- Colonial Style Home

- Half Acre Property (Substantially Flat and Usable)
- Attached 2-Car Garage
- Private Driveway
- Front and Rear Covered Porches
- 1/4 Mile to Iron Pier Town Beach
- Minutes to Famed North Fork Wine Trail
  - World Class Vineyards, Breweries, Distilleries, Dining, Retail and More
- **1st Floor:**
  - Kitchen
  - Dining Room w/Wood Burning Stove
  - Living Room
  - Half Bath
  - Laundry Room
- **2nd Floor:**
  - Master Bedroom with En-Suite Full Bath
  - 2 Additional Bedrooms
  - Additional Full Bath
- **Full Basement:**
  - Finished Basement
  - Full Bath
  - Utilities
- **Additional Information**:
- Section: 8   Block: 2   Lot: 8
- Riverhead Central School District #2
- Central Air Conditioning
- In-Ground Sprinkler System
- Built in 1998 (est.)
- Annual Real Estate Taxes (2019): $11,114.90 (without exemptions)
- Currently Occupied & Delivered Vacant at Closing


**Inspections/Viewings:** Fridays, July 17th & 24th from 9:00 am - 2:00 pm BY APPOINTMENT - Click here Schedule an Appointment.

**Auction Date & Time:** Thursday, July 30, 2020 at 12:30 pm.  Registration commences at 12:00 noon.

**Online Bidding:** Online Bidding will open Friday, July 24, 2020 at 12:00 noon and will convert into a live auction with online bidding at 12:30 pm on Thursday, July 30, 2020.  Visit RemoteBidding.MaltzAuctions.com or download the Maltz Auctions App on the Apple Store or Google Play.

**Auction Location:** Maltz Auction Gallery, 39 Windsor Place, Central Islip, NY 11722.  Online and absentee bidding available with pre-registration.

**Pre-Registration for Online Bidding:**  You Must send in signed Terms and Conditions of Sale, signed Online Bidding Form and a $30,000 deposit to be approved for bidding.  Acceptable forms of deposit are cashier's check, postal money order, and wire transfer (All must be received by 3:00 pm on Wednesday, July 29, 2020 or you may not be approved to bid prior to the conclusion of the auction).

**Terms & Conditions of Sale:** Property will be sold free and clear of all monetary liens.  In order to register to bid, all prospective bidders must present a **cashier's check** in the amount of $30,000 made payable to "Robert Pryor, as Chapter 7 Trustee".  Please download the complete Terms and Condition of Sale.

**Robert L. Pryor, Chapter 7 Trustee**
**Pryor & Mandelup, L.L.P., Attorneys for the Chapter 7 Trustee**
Richard B. Maltz, Auctioneer DCA# 1240836
David A. Constantino, Auctioneer DCA# 1424944
Richard B. Maltz, Licensed Real Estate Broker
Phone (516) 349-7022  Fax (516) 349-0105

The Real Property is being sold "**AS IS**" "**WHERE IS**", "**WITH ALL FAULTS**", without any representations, covenants, guarantees or warranties of any kind or nature, and free and clear of any liens, claims, or encumbrances of whatever kind or nature, with such liens, if any, to attach to the proceeds of sale in such order and priority as they existed immediately prior to the Closing, and the sale of the Real Property is subject to, among other things (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions. By delivering their respective Deposits, all Bidders acknowledge that they have had the opportunity to review and inspect the Real Property, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Real Property in making their bids. Neither Maltz, the Seller nor any of their collective representatives makes any representations or warrantees with respect to the permissible uses of the Real Property including, but not limited to, the zoning of the Real Property.  All Bidders acknowledge that they have conducted their own due diligence in connection with the Real Property and are not relying on any information provided by Maltz, the Seller, or their professionals.  The Real Property will be sold subject to any and all violations or conditions requiring corrective action.  The information contained herein was derived from sources deemed reliable, but is not guaranteed.  Most of the information provided has been obtained from third party sources and has not been independently verified.  It is the responsibility of the Buyer to determine the accuracy of all components of the sale and Property.  Each potential bidder is responsible for conducting his or her own independent inspections, investigations, inquiries, and due diligence concerning the Property, including without limitation, environmental and physical condition of the Property.  All prospective bidders are urged to conduct their own due diligence prior to participating in the Public Auction. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.